AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) **FILED** |
| | ) U.S. DISTRICT COURT |
| KEITH M. HAMILTON | ) EASTERN DISTRICT ARKANSAS |
| a/k/a | ) Case No.  4:17CR00105-01 BRW |
| KEITH M. LOVELACE | ) USM No. 31304-009 |
| | ) **FEB 0 8 2024** |
| | ) Joseph Perry   **TAMMY H. DOWNS, CLERK** |
| | ) Defendant's Attorney **By**_____ |
| | **DEP CLERK** |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   **Mandatory & Stanard**   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory (1) | Commission of another federal, state, or local crime. | 07/22/2023 |
| Standard (5) | Failure to live at a place approved by the probation officer. | 07/12/2023 |

The defendant is sentenced as provided in pages 2 through   **2**   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  **3978**

Defendant's Year of Birth:   **1985**

City and State of Defendant's Residence:

**02/07/2024**
Date of Imposition of Judgment

_Billy R. Wilson_
Signature of Judge

**BILLY ROY WILSON, U.S. DISTRICT JUDGE**
Name and Title of Judge

02-08-2024
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
              Sheet 2— Imprisonment

Judgment — Page   **2**   of   **2**

DEFENDANT: KEITH M. HAMILTON a/k/a KEITH M. LOVELACE
CASE NUMBER: 4:17CR00105-01 BRW

# IMPRISONMENT

      The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**21 months, to run consecutively with any pending state charges. No term of supervised release to follow.**

☑   The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends designation to FMC-Forth Worth, TX.**

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at   _____ ☐ a.m.   ☐ p.m.   on   _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on   _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on                                to

at                            with a certified copy of this judgment.

                                                                          UNITED STATES MARSHAL

                                     By   _____

                                                 DEPUTY UNITED STATES MARSHAL